JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELETTE SABINA HOLMES,<br><br>               Plaintiff,<br><br>    v.<br><br>LELAND DUDEK,<br>Acting Commissioner of Social Security,<br><br>               Defendant. | Case No. 5:24-cv-02254-SPG-ADS<br><br>**ORDER GRANTING STIPULATION TO REMAND PURSUANT TO 42 U.S.C. § 405(g) [ECF NO. 16]** |

     This Court, having considered the parties' Stipulation to Remand for Further Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) and for Entry of Judgment in Favor of Plaintiff (ECF No. 16 ("Stipulation")) and finding good cause thereof, hereby GRANTS the Stipulation and ORDERS that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation.

//
//
//
//

The Court directs the Clerk of Court to close the case.

**IT IS SO ORDERED.**

DATED: May 15, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE