## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELETTE SABINA HOLMES,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. 5:24-cv-02254-SPG-ADS<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE [ECF NO. 21] AND GRANTING STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**<br>**[ECF NO. 19]** |

    The Court is in receipt of the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses (ECF No. 19 ("Stipulation")), the exhibits (ECF Nos. 19-1, 19-2, 19-3), and the Report and Recommendation of the United States Magistrate Judge (ECF No. 21 ("Report")).  The time for filing Objections to the Report has passed, and no Objections have been filed.  The Court accepts the findings, conclusions, and recommendations of the Magistrate Judge reflected in the Report.

//

//

//

1  The Court hereby ORDERS that the fees and expenses in the amount of $7,000.00,
2  as authorized by 28 U.S.C. § 2412, and no costs under 28 U.S.C. § 1920, be awarded
3  subject to the terms of the Stipulation.

DATED: 07/07/2025

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE